UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-CR-00170-E |
| | ) | |
| ANTONIO SERNA, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Elizabeth K. Stepp of Oberheiden, P.C. hereby enters her notice of appearance as counsel for Defendant Antonio Serna in this case. Ms. Stepp is a member of this Court in good standing and her contact information is as follows:

Elizabeth K. Stepp
Texas Bar No. 00788467
eks@federal-lawyer.com

**OBERHEIDEN, P.C.**
5728 LBJ Freeway, Suite 250
Dallas, Texas 75240

(214) 334-7648 (Telephone)
(972) 559-3365 (Facsimile)

WHEREBY, Elizabeth K. Stepp respectfully requests that she be added to this case as attorney for Defendant Antonio Serna and that she hereafter receive notice of all settings and filings in this matter.

DATED: April 30, 2020

**OBERHEIDEN, P.C.**

/s/ Elizabeth K. Stepp
Elizabeth K. Stepp
Texas Bar No. 00788467
eks@federal-lawyer.com

**OBERHEIDEN, P.C.**
5728 LBJ Freeway, Suite 250
Dallas, Texas 75240
(214) 334-7648 (Telephone)
(972) 559-3365 (Facsimile)
ATTORNEYS FOR DEFENDANT
ANTONIO SERNA

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, a true and correct copy of the above and foregoing instrument was served electronically on all counsel of record via ECF.

/s/ Elizabeth K. Stepp
Elizabeth K. Stepp