# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:20-CR-00170-M(1) |
| | ) | |
| ANTONIO SERNA | ) | |
| | ) | |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Stuart Siegel, Senior United States Probation Officer, presenting a report to the Court upon the conduct of defendant, Antonio Serna, who was placed on unsupervised pretrial release by the Honorable Magistrate Judge Irma C. Ramirez sitting in the Court at Dallas, on August 4, 2020, under the following conditions:

(1) The defendant must not violate any federal, state, or local law while on release.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On March 20, 2023, a criminal records check was conducted by the U.S. Probation Office, through the National Crime Information Center (NCIC), which revealed Mr. Serna was arrested by the Potter County Sheriff's Office on August 11, 2021. On March 23, 2023, arrest report number 21-702407 was received from the Potter County Sheriff's Office. According to the arrest report, on August 11, 2021, Mr. Serna initiated contact with an undercover officer for the purpose of procuring a sexual act in exchange for U.S currency. The arrest report indicates Mr. Serna negotiated for the exchange of straight sex for $150.00. According to the arrest report, Mr. Serna arrived at the predetermined meet location where again the price and sexual act was agreed upon. Mr. Serna was subsequently placed under arrest for Prostitution-Other Payer.

On March 28, 2023, U.S. Probation Technician (USPT) Hunter Dehlinger contacted Mr. Serna via telephone to check on the status of his case. Mr. Serna stated the case is still pending; however, he believes the case will get dismissed.

The undersigned suggest to the court that a summons be issued and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2023                                  Approved,

s/Stuart Siegel                                              s/Bruno Perez

  Senior U.S. Probation Officer                             Supervising U.S. Probation Officer
  Dallas Division                                            214-753-2537
  214-753-2560

**Order**

Having considered the report of the Probation Office pertaining to possible violations by defendant, Antonio Serna, of his/her conditions of pretrial release, the court ORDERS that:

- ☐ No action be taken.
- ☐ The Order Setting Conditions of Release is modified to include the following:

- ☒ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.
- ☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.
- ☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.
- ☐ File under seal until further order of the Court.

_____
Irma C. Ramirez
U.S. Magistrate Judge

March 31, 2023
Date