**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **No. 3:20-CR-0170-M** |
| | ) | |
| **ANTONIO SERNA** | ) | |

**ORDER**

On April 11, 2023, a hearing was conducted concerning the *Report of Violation of Conditions of Pretrial Release*, filed March 31, 2023 (doc. 41). Because of the amount of time between the alleged violation and the report to court, the defendant's pretrial release is continued. His conditions of pretrial release, however, imposed by *Order Setting Conditions of Pretrial-Release* dated August 4, 2020 (doc. 15), are modified to add the following additional conditions of release as follows:

The defendant must:

(7)(a) submit to supervision by and report to the supervising officer no later than as directed.

(7)(s) report as soon as possible to the supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

All other terms and conditions of the *Order Setting Conditions of Pretrial-Release* remain in full force and effect.

**SO ORDERED** on this 11th day of April, 2023.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE