IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO. 3:20-cr-00170-M-1 |
| ANTONIO SERNA, | § § | |
| Defendant. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Lynette S. Byrd, of Oberheiden P.C., hereby enters her appearance as counsel for Defendant Antonio Serna in connection with the above-captioned case. Ms. Byrd is a member of this Court, and her contact information is as follows:

> Lynette S. Byrd
> TX Bar No. 24047126
> LSB@federal-lawyer.com
> (469) 955-3975 (Direct)
> **OBERHEIDEN, P.C.**
> 440 Louisiana St., Ste. 200
> Houston, Texas 77002
> (972) 559-3365 (Facsimile)

In conjunction with this filing, Ms. Byrd requests to be designated as Lead Attorney and Attorney to be Noticed and is joining counsel of record, Elizabeth Stepp and Nick Oberheiden.

WHEREBY, Lynette S. Byrd respectfully requests that she be added to this case as an attorney for Defendant and that she hereafter receives notice of all settings and filings in this matter.

1

DATED:  January 27, 2025

        /s/ LSByrd_____
Lynette S. Byrd
TX Bar No. 24047126
LSB@federal-lawyer.com
(469) 955-3975 (Direct)
**OBERHEIDEN, P.C.**
440 Louisiana St., Ste. 200
Houston, Texas 77002
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, a true and correct copy of the above and foregoing instrument was served electronically on all counsel of record via ECF.

        /s/ LSByrd_____
Lynette S. Byrd