UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

FILED-USDC-NDTX-DA
'25 JUN 18 PM3:54

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO SERNA, Defendant.

Criminal Case No. 3:20-CR-00170-M(01)

EMERGENCY MOTION TO EXTEND SURRENDER DATE DUE TO ONGOING MENTAL HEALTH TREATMENT

COMES NOW the Defendant, Antonio Serna, pro se, and respectfully submits this Emergency Motion requesting an extension of his current surrender date to the Bureau of Prisons, presently scheduled for June 24, 2025, for a period of ninety (90) days. This urgent request is based on Mr. Serna's ongoing mental health treatment for Service-connected Post-Traumatic Stress Disorder (PTSD) and Major Depressive Disorder, and is supported by the recommendation of his treating providers. In further support, Mr. Serna states as follows:

1. Mr. Serna is a decorated veteran of the United States Marine Corps and United States Army, with more than 13 years of honorable service, including combat deployments.

2. He has been formally diagnosed with chronic PTSD and Major Depressive Disorder resulting

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

directly from his combat service.

3. Mr. Serna is currently engaged in an intensive, in-person outpatient therapy program under the care of Dr. Bridgette Dilworth, which includes weekly trauma-focused psychotherapy sessions. His treatment plan also includes equine-assisted therapy and group counseling.

4. In the current phase of treatment, Mr. Serna's wife and children have begun participating in therapeutic sessions. This family integration is a critical part of his treatment plan and must be completed before surrender, as it cannot be replicated once incarcerated.

5. Mr. Serna has completed over 600 hours of therapy and has shown meaningful improvement. Premature interruption could result in regression, destabilization, or self-harm.

6. Dr. Dilworth has provided a letter (Exhibit A) recommending Mr. Serna complete this treatment phase. She has reviewed records from both the Texas Panhandle Center and Veterans Resource Center.

7. Mr. Serna continues psychiatric medication management through Dr. Laura Settlage at TPC.

8. Mr. Serna has complied fully with all pre-surrender obligations and poses no flight risk.

9. The Bureau of Prisons has designated Forrest City Satellite Camp, over six hours from Mr. Serna's home. A transfer to FCI Bastrop would provide improved mental health support and proximity to family.

10. A brief extension will allow Mr. Serna to responsibly complete medical care and explore transfer options.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant this Emergency Motion and extend his surrender date to a date no earlier than September 22, 2025.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

Respectfully submitted,

/s/ Antonio Serna

Antonio Serna

2230 County Road 645

Farmersville, TX 75442

(214) 789-7154

TSerna@MyYahoo.com

Pro Se Defendant

**Exhibit A**

**Dr. Bridgette L. Dilworth, DPC, LPC-S**
Geador Family Counseling Center, PLLC
1901 Medi Park Dr. Suite 136a
Amarillo, TX 79106
Phone: (281) 301-1004
Email: Bridgette.dilworth@geadorfamilycounseling.com
Website: geadorcounseling.com

**Date:** Monday, June 16, 2025

**Honorable Judge Barbara M. G. Lynn**
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242

**RE: Antonio Serna – Recommendation for Continuation of Mental Health Treatment**

Dear Judge Lynn,

I am writing on behalf of my patient, Mr. Antonio Serna, whom I treat for **chronic Post-Traumatic Stress Disorder (PTSD)** and **Major Depressive Disorder**, both of which stem from his exposure to sustained **combat trauma** during his military service in the United States Marine Corps and Army. Mr. Serna has endured multiple deployments and experienced significant psychological injuries as a direct result of his **combat-related experiences**.

Mr. Serna is currently enrolled in an **intensive, in-person outpatient therapy program** under my care. This includes **weekly trauma-focused psychotherapy sessions**, which are essential to his stabilization and long-term recovery. The program also incorporates structured therapeutic modalities such as equine-assisted therapy and group counseling, which supplement our one-on-one clinical work by helping him build emotional resilience and process traumatic memories in a supportive, controlled environment.

In this current phase of therapy, Mr. Serna's wife and children have also begun participating in select sessions **to reinforce a supportive home environment and promote relational healing**. This integration of family support is an **essential part of his therapeutic plan**, particularly for veterans with combat-related PTSD. **Completing this family work before his surrender is critical**, as it will not be feasible once he enters the correctional system. Without this step, his treatment plan would be incomplete, and the **risk of regression significantly increased**.

In addition to therapy, Mr. Serna continues to receive **psychiatric medication management** through the Texas Panhandle Center under the supervision of Dr. Laura Settlage. The coordinated integration of both psychotherapy and psychiatric care has been critical in addressing his PTSD symptoms, managing depressive episodes, and preventing relapse.

Mr. Serna has demonstrated **measurable clinical progress**; however, his treatment remains in a delicate phase. **Interrupting this continuity of care—especially at this stage—would pose a significant risk of psychiatric destabilization, emotional regression, and possible self-harm**.

It is my professional opinion that **continued engagement in this structured treatment program for at least the next 90 days is medically necessary** to preserve his progress and protect his mental health. I respectfully recommend that the Court permit Mr. Serna to complete this critical phase of care **prior to his scheduled surrender date**.

Should the Court require further information or supporting documentation, I would be glad to provide it upon request.

Sincerely,

*[signature]*

**Dr. Bridgette L. Dilworth, DPC, LPC-S**
Licensed Professional Counselor
Supervisor Texas License #78717

Emily Serna
2230 County Road 645
Farmersville TX 75442
(214) 236-0702
serna316@gmail.com

Date: June 17, 2025

Honorable Judge Barbara M. G. Lynn
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242

**RE: Letter in Support of Emergency Motion – Antonio Serna (Case No. 3:20-CR-00170-M(01)**

Dear Judge Lynn,

My name is Emily Serna, and I am the wife of Antonio Serna. We have been married for 28 years and are the proud parents of two children, Kailee and Seth. I am writing to respectfully ask the Court to grant my husband's request for a short extension of his surrender date so that he may complete his current phase of mental health treatment. He is currently scheduled to surrender on June 24.

My husband served our country honorably for 13 years, including Desert Storm, and is now a veteran of the U.S. Marine Corps and Army, and his time in conflicts has left deep emotional and psychological wounds. Over the years, he has faced many battles with Post-Traumatic Stress Disorder (PTSD) and Major Depressive Disorder; however, recently, he has committed fully to getting the help he needs as he is actively engaged in a structured treatment program under the care of Dr. Bridgette Dilworth through weekly therapy sessions. He is also under the care of Dr. Laura Settlage at the Texas Panhandle Center for medication management, which has played a critical role in his progress. I know completing his therapy will result in meaningful changes in him- more peace and mental stability. This ongoing therapy is essential to his mental stability and long-term well-being. According to his medical team, he is still in a fragile stage. I fear that an abrupt interruption would not only set him back, but could also undo the work he has fought so hard to achieve. This has been a long road for our entire family; we simply want him to enter this next chapter of his life as healthy and stable as possible.

We are not seeking to avoid or diminish his responsibility to the court or the sentence imposed. Rather, we are asking for a brief delay to allow him to complete a critical phase of mental health treatment that has already shown significant positive progress. This time would also allow him to better prepare emotionally and mentally for incarceration, which will ultimately support his rehabilitation and reduce risk to his well-being during his time in custody.

Please review the provided documentation from his therapist confirming his diagnosis and the recommended continuation of care.

Your Honor, I respectfully ask you to allow Antonio a brief extension so he can complete the current phase of care. This additional time will make a significant difference in his long-term recovery and give our family the strength and stability to move forward.

Thank you for your time, consideration, and compassion.

Sincerely,

*Emily Serna*
Emily Serna

Kailee Serna
Seth Serna
2230 County Road 645
Farmersville TX 75442

Date: June 17, 2025

Honorable Judge Barbara M. G. Lynn
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242

RE: Letter in Support of Emergency Motion – Antonio Serna (Case No. 3:20-CR-00170-M(01))

Dear Judge Lynn,

We are writing this letter as the children of Antonio Serna. Our names are Kailee Serna (20 years old) and Seth Serna (17 years old). We love our father deeply and respectfully ask you to grant his request for a short extension of his surrender date so that he can complete his current mental health treatment.

When everything began with this case, our parents tried to protect us as long as possible by not telling us until recently. However, we still watched our dad become very distant and emotionally withdrawn over the last 5 years. He became quiet, depressed, and shut down from our family. But over the past several months, we've begun to see a change in him. He has been open about his struggles and shown his dedication to change. He talks to us about what he's learning in his sessions and how he's working to apply those lessons. Throughout his time receiving therapy, we have watched him improve. He's more present. He listens better. He even wants to do things together again as a family.

We understand that therapy is not a quick fix, but we also understand how important this current stage is. His doctors have shared that this phase of treatment will involve our participation as his children, and we are ready and willing to be part of it, but that healing process can only happen if he remains out and continues receiving care with us involved.

We're afraid that if he's forced to leave before finishing this work, he could lose the progress he's made. It would break our hearts to see him slip back into that place of darkness we saw before.

Our father is a proud veteran of both the U.S. Marine Corps and Army. He served this country bravely and put his life on the line for all Americans. We will never truly be able to compare that kind of sacrifice to anything else. His service defines courage and strength, but it also came with a cost. He carries those invisible wounds with him, and he's finally getting the help he has needed for so long.

We are asking—please allow him to finish this critical phase of healing before beginning his sentence. We believe it will make all the difference in his future and in ours. We pray that you will grant him mercy and grace. May God bless you always.

With sincere respect,

Kailee Serna

*Kailee Serna*

Seth Serna

*[signature]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO SERNA,

Defendant.

Criminal Case No. 3:20-CR-00170-M(01)

### [PROPOSED] ORDER GRANTING EMERGENCY MOTION TO EXTEND SURRENDER DATE

Having considered the Defendant's Emergency Motion to Extend Surrender Date Due to Ongoing Mental Health Treatment, and for good cause shown, the Court hereby ORDERS:

The Defendant's surrender date, previously set for June 24, 2025, is extended by ninety (90) days, to a date no earlier than September 22, 2025, to permit completion of his ongoing mental health treatment.

SO ORDERED.

Dated: _____

Dallas, Texas

_____

Hon. Barbara M.G. Lynn

United States District Judge

## Certificate of Service

I, **Antonio Serna**, hereby certify that on this _18_ day of _June_, 2025, I served a true and correct copy of the foregoing **Emergency Motion to Extend Surrender Date Due to Ongoing Mental Health Treatment** and [Proposed] Order on the following party by placing it in the United States mail, properly addressed and with sufficient postage:

**United States Attorney's Office**
Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242

Respectfully submitted,

*[signature]*

**Antonio Serna**
2230 County Road 645
Farmersville, TX 75442
(214) 789-7154
TSerna@MyYahoo.com
Pro Se Defendant



**Antonio Serna**
2230 County Road 645
Farmersville, TX 75442
(214) 789-7154
TSerna@MyYahoo.com
Pro Se Defendant

**Date:** June 18, 2025

**Clerk of the Court**
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242

**RE: United States v. Antonio Serna**
**Case No.: 3:20-CR-00170-M(01)**
**Emergency Motion to Extend Surrender Date**

Dear Clerk of the Court:

Please find enclosed for filing in the above-captioned case the following documents, submitted **pro se**:

1. Emergency Motion to Extend Surrender Date Due to Ongoing Mental Health Treatment
2. Treating Doctor Bridgette Dilworth Letter
3. Wife and Kids Letters of consideration
4. [Proposed] Order Granting Motion
5. Certificate of Service

I respectfully request that these documents be filed and presented to the Honorable Judge Barbara M. G. Lynn for review and consideration.

Should the Court require any additional information, I am available at the contact information provided above.

Thank you for your time and attention to this matter.

Respectfully,

*[signature]*

**Antonio Serna**
Pro Se Defendant