UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION



UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO SERNA,

Defendant.

Criminal Case No. 3:20-CR-00170-M(01)

## NOTICE TO THE COURT REQUESTING EXPEDITED REVIEW OF PENDING MOTION

COMES NOW the Defendant, Antonio Serna, pro se, and respectfully notifies the Court that his surrender date is currently set for Tuesday, June 24, 2025. The Emergency Motion to Extend Surrender Date was timely submitted on June 18, 2025.

In light of the upcoming deadline and in the interest of justice and medical necessity, the Defendant respectfully requests expedited consideration of the pending motion.

This request is made in good faith, and solely to ensure the continuity of care for

documented and ongoing mental health treatment.


Respectfully submitted,

/s/ Antonio Serna

Antonio Serna

Pro Se Defendant

Dated: June 20, 2025

CERTIFICATE OF SERVICE

I, Antonio Serna, hereby certify that on this 20th day of June 2025, I served a true and correct copy of the foregoing Notice of Pro Se Representation and Notice of the Court Requesting Expedited Review of Pending Motion documents was served via hand delivery on the following party:

U.S. Attorney's Office

Northern District of Texas

1100 Commerce Street, Third Floor

Dallas, TX 75242

Respectfully Submitted,

/s/ Antonio Serna

Antonio Serna

Pro Se Defendant

2230 County Road 645

Farmersville, TX 75442

(214) 789-7154

TSerna@MyYahoo.com

RECEIVED

JUN 2 0 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Antonio Serna
2230 County Road 645
Farmersville, TX 75442
TSerna@MyYahoo.com
(214) 789-7154


June 20, 2025


Honorable Barbara M. G. Lynn
United States District Judge
Northern District of Texas
1100 Commerce Street, Room 1572
Dallas, TX 75242


Re: Pro Se Notice of Representation and Request for Expedited Review
Criminal Case No. 3:20-CR-00170-M(01)


Dear Judge Lynn,


Enclosed please find my Pro Se Notice of Representation, Certificate of Service, and Notice respectfully requesting expedited review, in light of my current surrender date set for June 24, 2025.


This filing is submitted to assist the Court with all relevant information pertaining to my pending emergency motion. I respectfully ask the Court to consider this request at its earliest opportunity.

Thank you for your time and consideration.


Respectfully submitted,

/s/ Antonio Serna

Antonio Serna
Pro Se Defendant