


**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>           )<br>    v.     )<br>           )<br>ANTONIO SERNA )<br>           ) | Case No. 3:20-CR-00170-(1) |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Deanna Spokes, Supervising United States Probation Officer, presenting a report to the Court upon the conduct of defendant, Antonio Serna, who was placed on pretrial release supervision by the Honorable Magistrate Judge Irma Carrillo Ramirez sitting in the Court at Dallas, Texas, on August 4, 2020, under the following conditions:

(1) The defendant must not violate any federal, state, or local law while on release.

On April 11, 2023, Mr. Serna's pretrial supervision was transferred to the Eastern District of Texas (TXE).

On April 22, 2025, Mr. Serna was sentenced by the Honorable Barbara M. G. Lynn, Senior U.S. District Judge to 48 months imprisonment for Conspiracy to Defraud the United States (Health Care Fraud), a Class D. Felony, with a 3-year term of supervised release to follow. On June 20, 2025, Mr. Serna's Emergency Motion to Extend Surrender Date was granted by Senior Judge Lynn, and he is ordered to surrender for service of his sentence on September 23, 2025.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On August 28, 2025, TXE USPO Andrew Saffles notified our office that Mr. Serna has been charged with a violation of Texas penal code 31.03(e)(7) Theft of Property Greater than or Equal to $300,000, in Collin County, Texas.  The report alleges criminal conduct occurred while Mr. Serna was on pretrial release in 2020; therefore, Mr. Serna has violated his condition of release through the commission of a criminal offense. Mr. Serna was subsequently named in a warrant.

On September 3, 2025, Mr. Serna was found at Texas A&M University after a traffic stop was conducted. Upon running his driver's license, the officer was made aware of the warrant and Mr. Serna was subsequently arrested and transported to Brazos County Detention Center awaiting his initial appearance.

On September 5, 2025, Mr. Serna was released on bond. At this time, TXE USPO Saffles indicated Mr. Serna is in compliance with conditions of release and reporting as directed. AUSA Doug Brasher has no objection to Mr. Serna being continued on release to self surrender.

The undersigned suggests to the court that no action be taken and Mr. Serna be able to self-surrender on September 23, 2025, as previously ordered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2025

s/Deanna Spokes
  Supervising U.S. Probation Officer
  Dallas
  214-753-2531
  Fax:  214-753-2570

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Antonio Serna, of his conditions of pretrial release, the court ORDERS that:

☒ No action be taken.
    Mr. Serna is directed to self surrender for service of his sentence in this case on September 23, 2025, as previously ordered.

☐ The Order Setting Conditions of Release is modified to include the following:

☐ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

*[signature]*
Renee Harris Toliver
U.S. Magistrate Judge

September 10, 2025
Date