**Dr. Bridgette L. Dilworth, DPC, LPC-S**
Geador Family Counseling Center, PLLC
1901 Medi Park Dr. Suite 136a
Amarillo, TX 79106
Phone: (281) 301-1004
Email: Bridgette.dilworth@geadorfamilycounseling.com
Website: geadorcounseling.com

September 12, 2025

**Honorable Judge Barbara M. G. Lynn**
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242

**RE: Antonio Serna – Recommendation for Additional Continuation of Mental Health Treatment**

Dear Judge Lynn,

I am writing on behalf of my patient, Mr. Antonio Serna, whom I continue to treat for chronic Post-Traumatic Stress Disorder (PTSD) and Major Depressive Disorder, both stemming from his combat service in the United States Marine Corps and Army.

Since the Court's prior approval of an extension, Mr. Serna has demonstrated measurable clinical progress. His PTSD symptoms have begun to lessen in intensity, particularly through the integration of family participation in therapy. This involvement has strengthened his support system, fostered healthier family dynamics, and provided greater stability at home. These improvements are encouraging; however, Mr. Serna remains in a fragile stage of recovery that requires uninterrupted continuation of treatment.

At present, Mr. Serna is enrolled in a comprehensive treatment plan consisting of weekly trauma-focused psychotherapy, equine-assisted therapy, group counseling, and family-based interventions. These evidence-based modalities are tailored specifically for combat-related PTSD and are designed to strengthen emotional resilience, reduce symptom severity, and prevent relapse. Prematurely interrupting this therapeutic process would significantly increase the risk of regression and compromise the gains he has made.

In addition to counseling, Mr. Serna continues to receive psychiatric medication management through the Texas Panhandle Center under the supervision of Dr. Laura Settlage. The coordination between psychotherapy and psychiatric care has been critical in stabilizing his condition, managing depressive symptoms, and preventing setbacks. This combined approach remains essential to his recovery.

While improvement is evident, Mr. Serna continues to struggle with hypervigilance, sleep disruption, and intrusive combat-related memories. Although less severe than before, these symptoms remain clinically significant. In my professional judgment, granting Mr. Serna an additional ninety (90) days of continued treatment is medically necessary to further consolidate his progress, strengthen coping strategies, and prepare him for a safe and stable transition into the correctional environment.

I respectfully urge the Court to permit Mr. Serna to complete this critical phase of treatment. The additional time will substantially reduce his risk of psychiatric destabilization, protect his long-term mental health, and ensure that the progress achieved thus far is preserved.

I deeply appreciate the Court's consideration of this request and remain available to provide further documentation or testimony if needed.

Respectfully,

**Dr. Bridgette L. Dilworth, DPC, LPC-S**
Licensed Professional Counselor – Supervisor
Geador Family Counseling Center, PLLC