UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**APPLICATION FOR ADMISSION TO THE BAR OF THE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**

**Instructions**: Type or print your answers. Answer all questions fully. An incomplete response will delay processing your application. If a question does not apply to you, answer "N/A." Where the space provided is insufficient, answer on additional sheets, with reference to the question. After the oath has been administered to you, take this signed application form and fee immediately to the District Clerk's Office for processing. If the oath was administered to you in another district, see the instructions for returning the form at the bottom of page 3. **Important:** Page 3 is an optional page that is **ONLY** to be used if the judge who will administer the oath to you is not a district judge for the Northern District of Texas. Discard page 3 if a district judge of this Court will administer the oath to you.

☑ Mr.
☐ Ms.
☐ Mrs.

1. Full Name: Walpole _____ Deric _____ King _____ _____
   (last)                   (first)              (middle)            (generation)

2. Name Used in Documents Filed with Court (if different from above): _____

3. Firm/Business Name: Law Offices of Deric King Walpole, P.L.L.C.

4. Firm/Business Address: 5900 South Lake Forest Dr., Ste.410, McKinney, TX 75070

5. Telephone: 469-500-1243   FAX: _____   E-mail: deric@dkwdefense.com

6. List all states (including District of Columbia) in which you have been admitted to practice law by the highest court of that state. Indicate the year admitted, whether you are currently a member in good standing certified to practice law in that state, and any certified areas of specialization. **Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

   | State | Year Admitted | Current Standing | Specialization |
   |---|---|---|---|
   | Texas | 1998 | Eligible/Good | |
   | Montana | 2012 | Pro Hac Vice Expired | |
   | | | | |

7. List all federal courts in which you have been admitted to the practice of law. Indicate the year admitted and whether you are currently a member in good standing of the bar and certified to practice law before that court.

   | Court | Year Admitted | Current Standing | Specialization |
   |---|---|---|---|
   | Texas | 2015 | Admitted - Good | US Dist. Ct. Eastern |
   | Texas | 2015 | Expired-Pro Hac Vice | US Dist. Ct. Eastern |
   | Texas | 2017 | Expired-Pro Hac Vice | US Dist. Ct. Western |

8. Provide the name and address of the law school from which you graduated, the date of graduation, and the degree(s) received. If you did not graduate from a law school, please describe your law study in detail.
   University of Houston, 12/20/1997, Doctor of Jurisprudence

9. Indicate any grievances or involuntary removals filed against you while a member of the bar of any state or federal court. Describe the circumstances in detail.

NA

10. Describe in detail any charges, arrests, or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

See Exhibit One

11. Would you be interested in being appointed to a federal criminal case? ___ Yes  ✓ No
    Would you be interested in providing pro bono legal services in a civil rights case? ___ Yes  ✓ No

12. State Bar Number(s): 90001936
    Specify State(s) if Other Than Texas

For Court Use Only.
Bar Status Verified:

I hereby certify that all of the above information is true and correct. I recognize that by admission to this Court I am subjecting myself to the discipline of this Court.

9/19/25
Date

Applicant's Original Signature

Sworn and subscribed to before me:

9/19/25
Date

Seal:

Notary Official/Deputy Clerk

HANNAH HARPER
Notary Public, State of Texas
Comm. Expires 09-15-2029
Notary ID 131276260

Admitted on the motion of the following sponsor who, by signing below, represents that the sponsor is a member in good standing of the bar of the Northern District of Texas and that the sponsor is sufficiently acquainted with the applicant to affirm, and does affirm, that the applicant is of good personal and professional character. See LR 83.7(b).

Sponsor's Original Signature

Joel Petrazio
Printed Name

00794447
Bar Number (Specify if Other Than Texas)

972.965.1016
Telephone Number

Application Approved **and** Oath Administered by a United States District Judge for the Northern District of Texas: (If the oath will be administered by another Judge, skip this and use page 3.)

Date Oath Administered

United States District Judge
Northern District of Texas

-2-

Exhibit One

I was arrested in Collin County over ten years ago for Tampering with a Government Record. The facts of my case are as follows: I filed an application for Writ of Habeas Corpus in County Court at Law No. 2. I signed it before filing, but did not have it notarized. When I went to set it for hearing, the coordinator remarked that it was not notarized. I asked her if she was a notary. She said she was not, but sent me across the hall to the coordinator for County Court at Law No. 1. She notarized it, and I returned the file to Court No. 2. Almost two years later, I got into a discovery dispute with the chief of the Specialized Crime Unit of the Collin County District Attorney's Office, Chris Milner, in an entirely unrelated matter. I received a Grand Jury notice shortly thereafter for Tampering. The case was subsequently voluntarily dismissed by the District Attorney's Office.