UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

The United States of America §
       *Plaintiff* §
§
§
v. § Case No. 3:20-CR-170-M(1)
§
§
Antonio Serna §
       *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

The Law Office of Deric King Walpole, PLLC _____, with offices at

5900 South Lake Forest Suite 410
(Street Address)

McKinney      Texas      75070
(City)      (State)      (Zip Code)

9725690740      469.675.6186
(Telephone No.)      (Fax No.)

**II.** Applicant will sign all filings with the name Deric King Walpole.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Antonio Serna

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____Texas_____, where Applicant regularly practices law.

Bar license number: 90001936     Admission date: 11/98

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US Dist. Ct. Eastern | 2015 | Active |
| US Dist. Ct. Eastern | 2015 | Expired/Pro Hac Vice |
| US Dist. Ct. Western | 2017 | Expired/Pro Hac Vice |
| State of Montana | 2012 | Expired/Pro Hac Vice |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

I was arrested in Collin County over ten years ago for Tampering with a Government Record. I filed an application for Writ of Habeas Corpus in County Court at Law No. 2. I signed it before filing, but did not have it notarized. When I went to set it for hearing, the coordinator remarked that it was not notarized. She sent me across the hall to the coordinator for County Court at Law No. 1. She notarized it, and I returned the file to Court No. 2. Two years later I was indicted for that action soon after annoying the elected District Attorney in a discovery dispute in an unrelated matter. My case was dismissed.

IX.  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

_____        _____

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)

X.  Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____
(Street Address)

_____        _____        _____
(City)                            (State)           (Zip Code)

_____        _____
(Telephone No.)                   (Facsimile No.)

XI.  Check the appropriate box below.

For Application in a **Civil Case**

☐ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑ Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the __19th__ day of _September_____, _2025_____.

Deric King Walpole
Printed Name of Applicant

_/s/ signature_
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.