**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                        **3:20 CR 00170-M(01)**

**ANTONIO SERNA, Defendant.**


**OPPOSED EMERGENCY MOTION TO EXTEND SURRENDER DATE DUE TO ONGOIN**

**MENTAL HEALTH TREATMENT**

COMES NOW the Defendant, Antonio Serna, and respectfully submits this Emergency Motion requesting an extension of his current surrender date to the Bureau of Prisons, presently scheduled for Jan 7, 2025, for a period of ninety (90) days. This urgent request is based on Mr. Serna's ongoing mental health treatment for Service-connected Post-Traumatic Stress Disorder (PTSD) and Major Depressive Disorder, and is supported by the recommendation of his treating providers. In further support, Mr. Serna states as follows:

1. Mr. Serna is a decorated veteran of the United States Marine Corps and United States Army, with more than 13 years of honorable service, including combat deployments.

2. He has been formally diagnosed with chronic PTSD and Major Depressive Disorder resulting directly from his combat service.

3. Mr. Serna is currently engaged in an intensive, in-person outpatient therapy program under the care of Dr. Bridgette Dilworth, which includes weekly trauma-focused psychotherapy sessions. His treatment plan also includes equine-assisted therapy and group counseling.

4. In the current phase of treatment, Mr. Serna's wife and children have begun participating in therapeutic sessions. This family integration is a critical part of his treatment plan and must be completed before surrender, as it cannot be replicated once incarcerated.   Please see Emily Serna letter (Exhibit A – previously submitted).

5. Mr. Serna has completed over 600 hours of therapy and has shown meaningful improvement. Premature interruption could result in regression, destabilization, or self-harm.

6. Dr. Dilworth has provided a letter (Exhibit B) recommending Mr. Serna complete this treatment phase. She has reviewed records from both the Texas Panhandle Center and Veterans Resource Center.

7. Mr. Serna continues psychiatric medication management through Dr. Laura Settlage at TPC.

8. Mr. Serna has complied fully with all pre-surrender obligations and poses no flight risk.

9. A brief extension will allow Mr. Serna to responsibly complete medical care and explore transfer options.

10.  AUSA Douglas Brasher has been contacted by Defense counsel, and he has stated he is opposed to the motion.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant this Emergency Motion and extend his surrender date to a date no earlier than April 7, 2025.

Respectfully submitted,


THE LAW FIRM OF DERIC KING WALPOLE, P.L.L.C.

5900 S. Lake Forest Drive, Suite 410

McKinney, Texas 75070

Tel:  469-500-1243

Fax:  469-675-6186



By: _____/s/ _____*Deric King Walpole*

Deric King Walpole

State Bar No. 90001936

deric@dkwdefense.com

Attorney for Defendant

CERTIFICATE OF SERVICE

This is to certify a true and correct copy of this motion was transmitted to Douglas Brasher, Esq at douglas.brasher@usdoj.gov.

_____ /s/_____ *Deric King Walpole*

Deric King Walpole