**Emily Serna**
2230 County Road 645
Farmersville, TX 75442
(214) 236-0702
serna316@gmail.com

**September 12, 2025**

Honorable Judge Barbara M. G. Lynn
United States District Court for the Northern District of Texas
1100 Commerce Street, Room 1504
Dallas, TX 75242

**RE: Letter in Support of Second Motion for Extension – Antonio Serna (Case No. 3:20-CR-00170-M(01))**

Dear Judge Lynn,

My name is Emily Serna, and I am the wife of Antonio Serna. We have been married for 28 years and are the proud parents of two children, Kailee and Seth. I am writing once again with the utmost respect to ask the Court to grant my husband an additional extension of his self-surrender date so that he may complete his ongoing treatment for combat-related Post-Traumatic Stress Disorder (PTSD) and Major Depressive Disorder.

Your Honor previously granted him an extension earlier this year, for which our family is deeply grateful. During this time, Antonio has shown improvements in his mental health, particularly as he has continued intensive therapy with Dr. Bridgette Dilworth and medication management under Dr. Laura Settlage at the Texas Panhandle Center.

However, while progress is evident, his doctors have made it clear that Antonio remains in a very fragile stage of recovery. Abruptly ending his treatment at this point would be detrimental and risks undoing much of the progress he has worked so hard to achieve. His treatment will now include both individual and family therapy sessions, which will be profoundly helpful in creating stability within our home and giving him healthier coping strategies. Completing this phase of therapy—especially the family-based work—will help ensure that he can transition into custody in a more stable condition, reducing risks to his safety and well-being.

We are not asking the Court to excuse his responsibilities or alter his sentence, but only for the mercy of a brief delay. Granting an additional ninety (90) days will allow him to complete this critical phase of treatment, strengthen his recovery, and prepare himself mentally and emotionally for what lies ahead.

On behalf of our entire family, I respectfully ask for your compassion and understanding once more. Thank you for considering this request, and for giving Antonio the chance to continue the healing process that has already made such a meaningful difference in his life and in ours.

Respectfully

*Emily Serna*
Emily Serna