**Dr. Bridgette L. Dilworth, DPC, LPC-S**
Geador Family Counseling Center, PLLC
1901 Medi Park Dr., Suite 136a
Amarillo, TX 79106
Phone: (281) 301-1004
Email: Bridgette.dilworth@geadorfamilycounseling.com
Website: geadorcounseling.com

**December 19, 2025**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Re: Antonio Serna** – Continuation of Mental Health Treatment

To the Honorable Court:

I am a licensed mental health professional currently treating Mr. Antonio Serna. Mr. Serna is engaged in ongoing therapeutic treatment related to combat-related Post-Traumatic Stress Disorder (PTSD) arising from many years of military service.

Over the past ninety (90) days, treatment has focused on addressing secondary effects commonly associated with combat-related PTSD, including family disconnection, grief, and social isolation. During this period, Mr. Serna has been consistent and reliable in attending scheduled therapy sessions and has made meaningful clinical progress, including improved emotional regulation and strengthened family engagement.

Mr. Serna has also participated in adjunct equine-assisted therapy as part of his treatment plan. This modality is commonly used in cases involving military combat trauma to support regulation, trust-building, and trauma processing, and may help shorten the overall duration of treatment when used alongside traditional therapy.

While this progress is encouraging, Mr. Serna remains in a clinically sensitive and transitional stage of recovery that requires uninterrupted continuation of treatment to prevent regression.

The next ninety (90) days of treatment represent a clinically significant phase of care. During this period, therapy will focus on processing deeper combat-related traumatic experiences that

underlie Mr. Serna's PTSD symptoms. These issues require careful, structured, and continuous therapeutic work. In my professional judgment, interruption of treatment at this stage would materially increase the risk of regression and undermine the progress that has already been achieved.

Allowing this next phase of treatment to proceed without disruption is medically necessary to consolidate therapeutic gains and to prepare Mr. Serna for a safe and stable transition into the Bureau of Prisons environment.

I provide this letter in my professional capacity and in good faith to address the clinical considerations described above. I do not offer opinions on legal matters beyond these medical considerations.

Respectfully submitted,

*[signature]*

**Dr. Bridgette L. Dilworth, DPC, LPC-S**
Licensed Professional Counselor – Supervisor
Geador Family Counseling Center, PLLC