# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

FILED
January 20, 2026
~~KAREN~~ MITCHELL
~~CLERK, U.S.~~ DISTRICT COURT

HONORABLE  RENEE HARRIS TOLIVER   PRESIDING    COURT REPORTER/TAPE: FTR
DEPUTY CLERK  M. Wright         USPO  Scroggins
LAW CLERK _____       INTERPRETER  NA

CR. No.  3:20-cr-00170-K-1      DEFT. No. _____

UNITED STATES OF AMERICA                        Douglas B Brasher-DOJ          AUSA

v.

Antonio Serna                                   Deric King Walpole
Defendant's Name                                Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

### REVOCATION OF PROBATION / SUPERVISED RELEASE

Revocation of: ☐ Probation  ☑ Pretrial Release

Date Held: 1/20/2026
Time in Court: 10:24 - 10:36
Days in Trial: _____
Hearing Concluded: ☑ Yes  ☐ No

Revocation of Supervised Release   (Fill out only if regarding revocation of supervised release)

Hearing Type:  ☐ Supervised Release - Evidentiary  ☐ Supervised Release - Non-evidentiary
Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
              ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
              ☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None

☐ ....... Sentencing Guidelines
☐ ....... Deft enters a plea of ☐ True  ☐ Not True as to Conditions
          _____.
☐ ....... Court finds deft ☐ has  ☐ has not violated terms of probation.
☑ ....... Pretrial Release    revoked ☐ reinstated ☐ modified ☑
☐ ....... SENTENCE  TEXT: _____
          _____
          _____

☐ ....... Time to serve _____.
☐ ....... Count(s) _____ dismissed on government's motion.
☐ ....... Deft ordered to surrender to the U.S. Marshal on _____.
☐ ....... Deft ordered to surrender to the designated institution on _____.
☐ ....... Deft failed to appear, bench warrant to issue.
☐ ....... Bond continued.
☐ ....... Deft Custody/Detention continued.
☐ ....... Deft REMANDED to custody.
☐ ....... Deft released from custody.

OTHER PROCEEDINGS: _____
_____
_____