UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 3:20CR170 |
| v. | § | Judge Kinkeade |
| | § | |
| ANTONIO SERNA | § | |

**DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:

COMES NOW, Defendant, ANTONIO SERNA, by and through his undersigned attorney, and files this, his Motion to Continue Self-Surrender Date, requesting that his self-surrender date be extended for a period of approximately 60 days, from April 8, 2026 to June 7, 2026 and would show this Honorable Court as follow, to wit:

**I.**

**PROCEDURAL HISTORY**

On April 22, 2025, the Court adjudged the Defendant guilty of the offense of Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 371, and sentenced the Defendant to a term of imprisonment of forty-eight months. The Court ordered the Defendant to surrender for service of the sentence at the institution designated by the Bureau of Prisons by 2:00 p.m. on April 8, 2026.

**II.**

**GROUNDS FOR MOTION**

Defendant respectfully moves the Court to extend his self-surrender date to the Bureau of Prisons and, in support thereof, would show the following: Defendant is presently set for Final

DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE - Page **1** of **4**

Pretrial Conference on April 9, 2026, and Jury Trial on April 20, 2026, in the 416th Judicial District Court of Collin County, Texas. If Defendant is required to surrender before those proceedings are concluded, and is designated to a BOP transfer facility, his ability to appear for trial, consult with counsel, and assist in his defense may be complicated by his custodial status and placement. Defendant therefore respectfully requests a brief extension of the self-surrender date in light of the pending state court settings. Good cause exists for the requested relief.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that his date to surrender to be extended for a period of approximately 60 days, from April 8, 2026 to June 7, 2026.

/s/ *Deric King Walpole*
DERIC KING WALPOLE
Texas Bar No. 90001936
The Law Office of Deric King Walpole
5900 S Lake Forest Dr, Suite 410
McKinney, TX 75070
(469) 500-1243

## CERTIFICATE OF CONFERENCE

Defense counsel contacted Assistant United States Attorney, Douglas B. Brasher, and the Government is opposed this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of April 2026 a true and correct copy of the foregoing Defendant's Motion to Continue Self-Surrender Date was sent by CM/ECF to:

Douglas B. Brasher
Assistant U.S. Attorney
1100 Commerce Street
Third Floor
Dallas, TX 75242-1699

**DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE -** Page **2** of **4**

/s/ *Deric King Warpole*
DERIC KING WARPOLE

**DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE -** Page **3** of **4**