UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 3:20CR170 |
| v. | § | Judge Kinkeade |
| | § | |
| ANTONIO SERNA | § | |

**MOTION FOR JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS REGARDING FACILITY DESIGNATION**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:

COMES NOW, Defendant, ANTONIO SERNA, by and through his undersigned attorney, and files this, his Motion for Judicial Recommendation to the Bureau of Prisons Regarding Facility Designation, requesting that the Court reaffirm and clarify its prior recommendation that he serve his sentence in the Dallas/Fort Worth area by specifically recommending designation to FCI Texarkana and would show this Honorable Court as follow, to wit:

**I.**

**PROCEDURAL HISTORY**

On April 22, 2025, the Court sentenced Defendant Antonio Serna to a term of 48 months' imprisonment, followed by a 3-year term of supervised release, and ordered restitution in the amount of $10,187,046.41. In the Judgment, the Court further recommended that Defendant serve his sentence in the Dallas/Fort Worth area. The Court initially ordered Mr. Serna to self-surrender for service of sentence on June 24, 2025. Thereafter, the Court granted a final extension of Mr.

Serna's surrender date to June 9, 2026. Mr. Serna has been designated by the Bureau of Prisons to self-surrender to FCI Forrest City, Arkansas. Through this motion, Mr. Serna respectfully requests that the Court reaffirm and clarify its prior recommendation by specifically recommending designation to FCI Texarkana in lieu of FCI Forrest City.

## II.
## GROUNDS FOR MOTION

Pursuant to 18 U.S.C. § 3621(b), the Bureau of Prisons is responsible for designating the place of a defendant's imprisonment and may consider any statement or recommendation by the sentencing court concerning placement in a particular penal or correctional facility. Here, the Court has already recommended in the Judgment that Mr. Serna serve his sentence in the Dallas/Fort Worth area. Mr. Serna respectfully submits that a recommendation for designation to FCI Texarkana would be more specific than that of the prior Dallas/Fort Worth recommendation.

FCI Forrest City is significantly farther from Mr. Serna's home in Farmersville, Texas, and from the family members who constitute his primary support system. Placement at FCI Texarkana would allow Mr. Serna to remain materially closer to his family and to the support available to him during his time of incarceration. In addition, Mr. Serna has on going pending state cases that are nearing disposition. In the event those matters remain unresolved at the time he reports to the Bureau of Prisons, placement at FCI Texarkana would materially assist defense counsel in meeting with Mr. Serna, if necessary, and would reduce the logistical burden associated with attorney access. Under these circumstances, Mr. Serna respectfully requests that the Court reaffirm its prior recommendation for placement in this region by specifically recommending FCI Texarkana.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests that the Court reaffirm and clarify its prior recommendation to the Bureau of Prisons by specifically recommending that Defendant be designated to FCI Texarkana rather than FCI Forrest City, Arkansas.

Respectfully submitted,

/s/ *Deric King Walpole*
DERIC KING WALPOLE
Texas Bar No. 90001936
The Law Office of Deric King Walpole
5900 S Lake Forest Dr, Suite 410
McKinney, TX 75070
(469) 500-1243

*Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

Defense counsel contacted Assistant United States Attorney, Douglas B. Brasher, and the Government is opposed this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April 2026 a true and correct copy of the foregoing Defendant's Motion to Continue Self-Surrender Date was sent by CM/ECF to:

Douglas B. Brasher
Assistant U.S. Attorney
1100 Commerce Street
Third Floor
Dallas, TX 75242-1699

/s/ *Deric King Warpole*
DERIC KING WARPOLE
*Attorney for Defendant*