IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:20-CR-170-K (01) |
| v. | |
| ANTONIO SERNA | |

## ORDER

Before the Court is the Defendant's Amended Motion for Judicial Recommendation to the Bureau of Prisons Regarding Facility Placement, filed  April 6, 2026.    The Government takes no position on the motion.

The Court **GRANTS** the motion.    The Court recommends that Defendant Antonio Serna be designated to FCI Texarkana, Texarkana, Texas.

SO ORDERED.

Signed April 7th, 2026.


_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE