IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ANTONIO SERNA (01)

NO.  3:20-CR-170-X

**OPPOSITION TO DEFENDANT'S
FIFTH MOTION TO DELAY REPORT DATE**

The government submits this opposition to the defendant's fifth emergency motion to delay reporting to the Bureau of Prisons (BOP) to begin serving his sentence.

The defendant was sentenced to 48 months imprisonment by Judge Lynn on April 22, 2025, and he was ordered to surrender to BOP on June 24, 2025.  (ECF 79.)  The defendant thereafter filed multiple "emergency" motions to extend his surrender date, which were granted as follows:

| Date of Motion | New Report Date Granted |
|---|---|
| June 18, 2025 (ECF 79) | September 23, 2025 (ECF 84) |
| September 18, 2025 (ECF 90) | January 7, 2026 (ECF 94) |
| January 2, 2026 (ECF 95) | April 8, 2026 (ECF 96) |
| April 1, 2026 (ECF 107) | June 9, 2026 (ECF 108) |

In the January 2, 2026, Order, this Court stated, "There will be no more extensions of this reporting date."  And in the April 1, 2026, Order, this Court stated, "There shall be no more extensions of the deadline."

**Opposition to Defendant's
Fifth Motion to Delay Report Date—Page 1**

The conduct underlying the defendant's conviction occurred in 2014.  (*See* ECF 1.)  He entered a guilty plea via video (due to the COVID-19 pandemic) on August 4, 2020.  (ECF 13.)  The government is sympathetic to the defendant's desire to obtain health care prior to reporting to prison.  However, BOP is equipped to handle all kinds of health care needs of its inmates.

This case has been delayed long enough.  Justice demands, and the public deserves, to see the defendant begin serving his sentence as currently ordered on June 9, 2026.

Accordingly, the government respectfully requests that the Court deny the defendant's motion to extend his report date.

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8604
Facsimile:    214-659-8802
douglas.brasher@usdoj.gov

**Opposition to Defendant's**
**Fifth Motion to Delay Report Date—Page 2**