IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:20-CR-170-K (01) |
| v. | |
| ANTONIO SERNA | |

<u>ORDER</u>

Before the Court is the Defendant's (Opposed) Emergency Motion to Continue Self-Surrender Date, filed June 4, 2026, and the Government's Opposition to Defendant's Fifth Motion to Extend Report Date, filed on June 8, 2026.

The Court **DENIES** the motion.

Defendant Serna shall report to the institution designated no later than **2:00 p.m. on June 9, 2026.**

SO ORDERED.

Signed June 8th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE